Moses May, Appellant, *v.* Ferdinand Jung, Respondent.

(Argued June 19, 1883 ; decided June 26, 1883.)

*Ira Leo Bamberger* for appellant.

*Benjamin M. Stillwell* for respondent.

Agree to affirm ; no opinion.
All concur, except Andrews, J., absent.
Order affirmed.

---

David G. Yuengling, Jr., Respondent, *v.* William Hone et al., Appellants.

(Submitted June 19, 1883 ; decided June 26, 1883.)

*Andrew H. H. Dawson* for appellants.

*Charles Unangst* for respondent.

Agree to affirm on opinion below.
All concur, except Andrews, J., absent.
Order affirmed.

---

Dennis Buckley, Jr., by Guardian, etc., Respondent, *v.* The Gutta Percha and Rubber Manufacturing Company, Appellant.

(Submitted June 19, 1883 ; decided June 26, 1883.)

*Pelton & Pelton* for appellant.

*James Troy* for respondent.

Agree to dismiss appeal ; no opinion.
All concur.
Appeal dismissed.